UNITED STATES of America, Plaintiff–Appellee,

v.

Jose Gonzalo GUEVARA–SORTO, Defendant–Appellant.

No. 07–10342.

United States Court of Appeals, Ninth Circuit.

Submitted June 29, 2010.\*

Filed July 23, 2010.

Tracey A. Bardorf, John R. Lopez, IV, Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

Douglas Erickson, Phoenix, AZ, for Defendant–Appellant.

Jose Gonzalo Guevara–Sorto, Lompoc, CA, pro se.

Before: ALARCÓN, LEAVY, and GRABER, Circuit Judges.

## MEMORANDUM \*\*

Jose Gonzalo Guevara–Sorto appeals from his jury-trial conviction and 96–

---

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

month sentence for illegal reentry after deportation, in violation of 8 U.S.C. § 1326(a).

Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Guevara–Sorto's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. The appellant has submitted a pro se supplemental brief.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

The appellant's motion to file the late supplemental brief is **GRANTED.** Counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.